Opinion issued August 25, 2011.

 

 



 

 

 

              

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00620-CR

____________

 

Douglas Fowler,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 268th District Court 

Fort Bend County, Texas

Trial Court Cause No. 09DCR052349

 

 



MEMORANDUM
OPINION








              Appellant,
Douglas Fowler, attempts to appeal his April 6, 2011 order modifying conditions
of community supervision.  Under Texas
Rule of Appellate Procedure 26.2(a), a notice of appeal was due on or before May
6, 2011.  See Tex. R. App. P.
26.2(a).  Appellant filed his notice of
appeal on July 18, 2011. In addition, we have no trial court certification of
Appellant's right to appeal.  See Tex.
R. App. P. 25.2(a)(2).

              A
notice of appeal that complies with the requirements of Rule 26 is essential to
vest this court with jurisdiction.  See Slaton v. State, 981 S.W.2d 208, 210
(Tex. Crim. App. 1998).  The court of
criminal appeals has expressly held that, without a timely filed notice of
appeal or motion for extension of time, we cannot exercise jurisdiction over an
appeal.  See Olivo v. State, 918
S.W.2d 519, 522 (Tex. Crim. App. 1996); see
also Slaton, 981 S.W.2d at 210.

Because the notice of appeal in this case was untimely, we have no basis
for jurisdiction over this appeal.  Accordingly, we dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P.
25.2(d), 42.3(a), 43.2(f).  We dismiss
any pending motions as moot.

PER CURIAM

Panel consists of Justices Jennings,
Bland, and Massengale. 

Do not publish.   Tex.
R. App. P. 47.2(b).